Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

January 9, 2018

LIFE INSURANCE COMPANY
OF NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 17-CI-00823

COURT: Circuit Court Clerk
Scott County
119 N Hamilton St.
Georgetown, KY 40324
Phone: (502) 863-0474

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: 17-CI-00823<br>Court: CIRCUIT<br>County: SCOTT |

*Plantiff;* HUMPHREY, VANESSA VS. LIFE INSURANCE COMPANY OF NORTH AMERIC, *Defendant*

TO: LIFE INSURANCE COMPANY OF NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE, 1601 CHESNUT STREET
PHILADELPHIA, PA 19192



The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Karen Boehm, Scott Circuit Clerk
Date: 12/28/2017

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____ Served By

_____ Title

---



Summons ID: 8121265941703@00000128976
CIRCUIT: 17-CI-00823 Long Arm Statute – Secretary of State
HUMPHREY, VANESSA VS. LIFE INSURANCE COMPANY OF NORTH AMERIC

Page 1 of 1

**eFiled**

Filed            17-CI-00823    12/28/2017    Karen Boehm, Scott Circuit Clerk
A true copy attest  17-CI-00823  12/28/2017   /s/Karen Boehm, Scott Circuit Clerk

DEC 28 2017

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
CIVIL DIVISION __I__
CASE NO. 17-CI-823
*Electronically Filed*

VANESSA HUMPHREY                                        PLAINTIFF

vs.                   **COMPLAINT AND JURY DEMAND**

LIFE INSURANCE COMPANY OF NORTH AMERICA      DEFENDANT
d/b/a CIGNA GROUP INSURANCE

        To be served through Kentucky Secretary of State:

        Michael A. James
        Two Liberty Place
        1601 Chestnut Street
        Philadelphia, PA 19192-2211

                            ** ** ** ** ** ** ** ** ** **

1.     The Plaintiff, Vanessa Humphrey, is a citizen and resident of Estill County, Kentucky.

2.     Life Insurance Company of North America ("LINA" or "Defendant") is an insurance company believed to be domiciled in the state of Pennsylvania. LINA, in its dealings with Plaintiff, has represented that it does business as Cigna Group Insurance. LINA's service of process agent is Michael A. James, Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192-2211 and can be served through the Kentucky Secretary of State.

3.     The Plaintiff had been employed at Toyota Motor Manufacturing Kentucky ("TMMK") beginning in 2005, and working most recently as a team member in auto assembly.

Filed            17-CI-00823    12/28/2017    Karen Boehm, Scott Circuit Clerk
A true copy attest  17-CI-00823  12/28/2017   /s/Karen Boehm, Scott Circuit Clerk

Package: 000003 of 000008
Presiding Judge: HON. JEREMY MATTOX (614374)
Package : 000003 of 000008

Filed          17-CI-00823     12/28/2017     Karen Boehm, Sc  Circuit Clerk
A true copy attest  17-CI-00823  12/28/2017   /s/Karen Boehm, Scott Circuit Clerk

4. The Defendant supplied and issued a policy of insurance to TMMK, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable insurance policy number is believed to be FLK-0980011. The insurance company's incident number is 2442719-01.

5. Jurisdiction and venue are proper in this court because the Defendant supplied and issued insurance policies in Scott County to cover employees of TMMK.

6. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

7. Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at TMMK and any other gainful occupation.

8. The Plaintiff, while working at TMMK, became disabled as defined in her insurance policy on or about August 2010, and remains disabled.

9. The Plaintiff was and has been unable to perform the material duties of her own occupation, and any other gainful occupation, since on or about August 2010, as a result of injury or sickness.

10. The Plaintiff applied for long-term disability benefits with the Defendant in a timely fashion, in the manner outlined in the insurance policy.

11. Plaintiff provided proof that she was disabled from work, and that she was unable to perform her own occupation and any other occupation.

12. By letter dated October 6, 2011, Defendant denied Plaintiff's LTD claim.

13. Plaintiff submitted a timely appeal to the Defendant, requesting that the Defendant reconsider its denial of benefits.

Filed          17-CI-00823     12/28/2017     Karen Boehm, Scott Circuit Clerk
A true copy attest  17-CI-00823  12/28/2017   /s/Karen Boehm, Scott Circuit Clerk

Filed          17-CI-00823    12/28/2017    Karen Boehm, Scott Circuit Clerk
A true copy attest    17-CI-00823    12/28/2017    /s/Karen Boehm, Scott Circuit Clerk

14. By letter dated January 4, 2012, Defendant again denied Plaintiff's LTD claim.

15. Plaintiff submitted a timely appeal of the January 4, 2012, denial letter.

16. By letter dated August 12, 2012, Defendant granted Plaintiff's appeal and approved her claim for LTD benefits.

17. On or about November 28, 2012, the Social Security Administration approved Plaintiff's claim for Social Security disability benefits, finding that she was disabled as of June 24, 2010.

18. On February 19, 2013, Plaintiff underwent an FCE at Defendant's request.

19. The FCE report concluded she would not be able to perform full-time work.

20. Defendant continued to approve and pay Plaintiff's LTD claim for the next, approximately, three years and eleven months.

21. Plaintiff continued to provide Defendant with medical and vocational reports and information whenever requested.

22. During that time, Plaintiff's disabling medical conditions did not improve.

23. Defendant conducted surveillance of the Plaintiff on March 11-12, 2013. The report indicated, "claimant not confirmed active during these days."

24. Defendant conducted more surveillance of the Plaintiff on October 21-22, 2013. The report indicated, "the claimant to be inactive."

25. At Defendant's request, Plaintiff was examined by Dr. Bruce Guberman on November 11, 2016.

26. Dr. Guberman's report to Defendant included medically necessary restrictions and limitations that would prevent Plaintiff from performing full-time work.

3

Filed          17-CI-00823    12/28/2017    Karen Boehm, Scott Circuit Clerk
A true copy attest    17-CI-00823    12/28/2017    /s/Karen Boehm, Scott Circuit Clerk

Case: 5:18-cv-00048-KKC   Doc #: 1-1   Filed: 02/06/18   Page: 6 of 9 - Page ID#: 10

Filed            17-CI-00823    12/28/2017         Karen Boehm, Scott Circuit Clerk
A true copy attest   17-CI-00823    12/28/2017         /s/Karen Boehm, Scott Circuit Clerk

27. On December 6, 2016, Dr. Guberman wrote to Defendant and indicated that the restrictions stated on his physical ability assessment were permanent.

28. Despite the report from Dr. Guberman, on December 21, 2016, Defendant wrote a letter terminating Plaintiff's benefits, as of January 16, 2017.

29. On June 14, 2017, Plaintiff submitted a timely appeal of the Defendant's decision to terminate her benefits.

30. The appeal contained additional medical information, including another IME report and a vocational report indicating Plaintiff continued to meet the definition of disability.

31. Defendant failed to render a decision on Plaintiff's appeal within the deadlines set in the applicable Department of Labor regulations.

32. On September 15, 2017, Defendant sent a letter denying Plaintiff's appeal and upholding its termination of benefits.

33. The September 15, 2017, letter stated that Plaintiff "ha[s] a right to bring legal action regarding your claim under the ERISA section 502(a)."

34. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

35. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law.

36. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

37. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

4

Filed                17-CI-0082     12/28/2017      Karen Boehm, S    Circuit Clerk
A true copy attest   17-CI-00823    12/28/2017      /s/Karen Boehm, Scott Circuit Clerk

## COUNT I

38. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

39. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denial of benefits under the plan and to recover benefits under the terms of the plan.

40. Defendant's decision to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

41. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

42. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff seeks,

1. Judgment against the Defendant for full contractual benefits under the terms of the plan, attorney's fees, and prejudgment and post judgment interest.

2. Any and all other relief to which Plaintiff appears to be entitled.

3. Trial by jury.

5

Filed                17-CI-00823    12/28/2017      Karen Boehm, Scott Circuit Clerk
A true copy attest   17-CI-00823    12/28/2017      /s/Karen Boehm, Scott Circuit Clerk

Filed            17-CI-00823    12/28/2017         Karen Boehm, Scott Circuit Clerk
A true copy attest  17-CI-00823  12/28/2017        /s/Karen Boehm, Scott Circuit Clerk

Respectfully submitted,

/s/ *Philip G. Fairbanks*
PHILIP G. FAIRBANKS
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
pgf@austinmehr.com
*Attorney for Plaintiff*

and

JASON THOMPSON
**Rosenbaum & Thompson, PLLC**
201 West Short Street, Suite 300
Lexington, Kentucky 40507
Telephone: 859-259-1321
Facsimile: 859-259-1324
jt@rtkylaw.com
*Attorney for Plaintiff*

6

Filed            17-CI-00823    12/28/2017         Karen Boehm, Scott Circuit Clerk
A true copy attest  17-CI-00823  12/28/2017        /s/Karen Boehm, Scott Circuit Clerk

Package: 000008 of 000008        Presiding Judge: HON. JEREMY MATTOX (614374)        Package : 000008 of 000008

7017 2620 0000 9826 4736

LIFE INSURANCE COMPANY
OF NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192



**Kentucky** UNBRIDLED SPIRIT

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

REGISTER TO VOTE