UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*FILED ELECTRONICALLY*

| | |
|---|---|
| VANESSA HUMPHREY, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO.  5:18-cv-00048-KKC |
| ) | |
| LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| ) | |
| DEFENDANT ) | |

**JOINT**
**NOTICE OF SETTLEMENT**

Plaintiff, Vanessa Humphrey, and Defendant, Life Insurance Company of North America ("LINA") by their respective counsel, hereby jointly notify the Clerk and the Court that the parties have reached an agreement to resolve this case by settlement.  The parties anticipate that they will be able to finalize their agreement and submit an agreed order of dismissal to the Court within thirty (30) days from the date of this Notice.

Respectfully submitted,

| | |
|---|---|
| /s/Philip Fairbanks | /s/David A. Calhoun   (with permission) |
| Philip G. Fairbanks | Mitzi D. Wyrick |
| Mehr, Fairbanks & Peterson Trial Lawyers, PLLC | David A. Calhoun |
| | WYATT, TARRANT & COMBS, LLP |
| 201 West Vine Street, Suite 800 | 500 West Jefferson Street, Suite 2800 |
| Lexington, KY 40507 | Louisville, Kentucky  40202-2898 |
| pgf@austinmehr.com | (502) 589-5235 |
| | (502) 589-0309 |
| and | mitziwyrick@wyattfirm.com |
| | dcalhoun@wyattfirm.com |
| Jason Thompson | ***Counsel for Defendant, Life Insurance Company of North America*** |
| Rosenbaum & Thompson, PLLC | |
| 201 West Vine Street, Suite 300 | |
| Lexington, KY 40507 | |
| jt@rtkylaw.com | |
| ***Counsel for Plaintiff, Vanessa Humphrey*** | |

61718529.1