UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*FILED ELECTRONICALLY*

| | |
|---|---|
| VANESSA HUMPHREY, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. 5:18-cv-00048-KKC |
| | ) |
| LIFE INSURANCE | ) |
| COMPANY OF NORTH AMERICA, | ) |
| | ) |
| DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Vanessa Humphrey, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

| | |
|---|---|
| /s/Philip G. Fairbanks (by DAC with permission) <br> Philip G. Fairbanks <br> Mehr, Fairbanks & Peterson Trial Lawyers, PLLC <br> 201 West Vine Street, Suite 800 <br> Lexington, KY 40507 <br> pgf@austinmehr.com <br><br> and <br><br> Jason Thompson <br> Rosenbaum & Thompson, PLLC <br> 201 West Vine Street, Suite 300 <br> Lexington, KY 40507 <br> jt@rtkylaw.com <br> ***Counsel for Plaintiff, Vanessa Humphrey*** | /s/David A. Calhoun <br> Mitzi D. Wyrick <br> David A. Calhoun <br> WYATT, TARRANT & COMBS, LLP <br> 500 West Jefferson Street, suite 2800 <br> Louisville, Kentucky  40202-2898 <br> mitziwyrick@wyattfirm.com <br> dcalhoun@wyattfirm.com <br> ***Counsel for Defendant, Life Insurance Company of North America*** |

61730794.1

2