UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| VANESSA HUMPHREY, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. 5:18-cv-00048-KKC |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| | ) |
| DEFENDANT | ) |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Vanessa Humphrey, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

| | |
|---|---|
| /s/Philip G. Fairbanks (by DAC with permission) | /s/David A. Calhoun |
| Philip G. Fairbanks | Mitzi D. Wyrick |
| Mehr, Fairbanks & Peterson Trial Lawyers, PLLC | David A. Calhoun |
| | WYATT, TARRANT & COMBS, LLP |
| 201 West Vine Street, Suite 800 | 500 West Jefferson Street, suite 2800 |
| Lexington, KY 40507 | Louisville, Kentucky 40202-2898 |
| pgf@austinmehr.com | mitziwyrick@wyattfirm.com |
| | dcalhoun@wyattfirm.com |
| | ***Counsel for Defendant, Life Insurance Company of North America*** |
| Jason Thompson | |
| Rosenbaum & Thompson, PLLC | |
| 201 West Vine Street, Suite 300 | |
| Lexington, KY 40507 | |
| jt@rtkylaw.com | |
| ***Counsel for Plaintiff, Vanessa Humphrey*** | |